An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DR. SEAN PHONG-QUOC SU, M.D.,
INDIVIDUALLY; SEAN P.Q. SU, M.D.,
LTD, A NEVADA DOMESTIC
CORPORATION D/B/A SKIN BODY
INSTITUTE,
Appellants,
vs.
VANESSA HERNANDEZ,
INDIVIDUALLY,
Respondent.

No. 61825

FILED

JUN 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On January 6, 2014, this court placed this appeal into the pilot program for civil proper person appeals as to appellant Sean Phong-Quoc Su, M.D. and gave Dr. Su 40 days to file and serve his civil proper person appeal statement. Dr. Su's civil appeal statement was due in this court by February 18, 2014, but to date, he has failed to file this document or otherwise respond to this court's directive. Under these circumstances, we conclude that Dr. Su has abandoned this appeal, and we therefore order his appeal dismissed.

With regard to the appeal of appellant Sean P.Q. Su M.D., Ltd., a Nevada Domestic Corporation d/b/a Skin Body Institute (Skin Body Institute), our January 6 order noted that the Skin Body Institute had failed to retain counsel to represent it on appeal following the withdrawal of its original appellate counsel, despite being granted several extensions of time to do so, and thus, the Skin Body Institute would not be allowed to participate in this appeal. *See Salman v. Newell*, 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994) (observing that no rule or statute permits a nonlawyer to represent a business entity and concluding that such an

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19690

entity may not proceed on appeal in proper person). Because we dismiss Dr. Su's appeal as abandoned, and the Skin Body Institute may not participate in this matter, we necessarily dismiss this appeal in its entirety.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Joanna Kishner, District Judge
Stephen E. Haberfeld, Settlement Judge
Sean Phong-Quoc Su, M.D.
Bernstein & Poisson
Eighth District Court Clerk